# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CIVIL NO. 1:07CV395

| | |
|---|---|
| ANCIENT SUN NUTRITION, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | **DEFAULT JUDGMENT** |
| ) | |
| JULIE LAWLOR and LO BASICO ) | |
| NUTRITION, INC., ) | |
| ) | |
| Defendants. ) | |
| ) | |

For the reasons set forth in the Memorandum and Order filed herewith,

**IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED** that the Plaintiff's motion for default judgment is **ALLOWED**, and Defendants are hereby jointly and severally liable to Plaintiff for compensatory damages in the amount of **SEVEN HUNDRED NINETY-ONE THOUSAND, FIVE HUNDRED NINETY-FOUR DOLLARS ($791,594.00).**

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that, in accordance with Chapter 75 of the North Carolina General Statutes, the amount of compensatory damages is trebled, and Defendants are hereby

jointly and severally liable to Plaintiff for total damages in the amount of **TWO MILLION, THREE HUNDRED SEVENTY-FOUR THOUSAND, SEVEN HUNDRED EIGHTY-TWO DOLLARS ($2,374,782.00)**.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that interest on the total amount of the Judgment shall accrue at the legal rate from entry of this Judgment until paid in full.

Signed: May 1, 2008

Lacy H. Thornburg
United States District Judge